

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-23-2009

# USA v. Percy Dillon

Precedential or Non-Precedential: Precedential

Docket No. 08-3397

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Percy Dillon" (2009). *2009 Decisions*. Paper 886.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/886

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

June 17, 2009

No. 08-3397

UNITED STATES OF AMERICA

v.

PERCY DILLION, Appellant

(WD of PA No. 2-93-cr-00084-002)

PRESENT: FUENTES, JORDAN and NYGAARD, Circuit Judges

Motion by Appellee USA to Publish the Opinion .

_____
Carolyn Hicks, Case Manager
267-299-4926

Answer due 6/25/09

**O R D E R**

**The foregoing** motion is granted.

**By the Court,**

/s/ Julio M. Fuentes
**Circuit Judge**

**Dated:** July 23, 2009

cc: Elisa A. Long, Esq.
Renee Pietropaolo, Esq.
Robert L. Eberhardt, Esq.
Donovan J. Cocas, Esq.